JOHN McGUIRE ET AL. *v.* PLANNING AND ZONING
COMMISSION OF THE TOWN OF GUILFORD

The plaintiffs' petitions for certification for appeal from the Superior Court in the judicial district of New Haven at New Haven is granted by the court.

*William F. Gallagher* and *Frederick D. Ross, Jr.,* in support of the petition.

*James T. Brennan,* in opposition.

Decided September 19, 1979

STATE OF CONNECTICUT *v.* ARNOLD MACHIA

The defendant's petition for certification for appeal from the Appellate Session of the Superior Court is denied by the court.

*John R. Williams,* in support of the petition.

Decided September 19, 1979

YALE-NEW HAVEN HOSPITAL, INC. *v.* COMMISSION ON
HOSPITALS AND HEALTH CARE

The defendant's petition for certification for appeal from the Superior Court in the judicial district of New Haven at New Haven is denied by the court.

*Jane S. Scholl,* assistant attorney general, in support of the petition.

*J. Michael Eisner* and *George C. Hastings,* in opposition.

Decided September 19, 1979